UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BOND PHARMACY d/b/a                                                                 PLAINTIFF /
ADVANCED INFUSION SOLUTIONS                                      COUNTER-DEFENDANT

VS.                                                          CIVIL ACTION NO. 3:21-cv-123-KHJ-MTP

ADVANCED HEALTH SYSTEMS, INC.
and BLUE CROSS & BLUE SHIELD
OF MISSISSIPPI, A MUTUAL                                                      DEFENDANTS /
INSURANCE COMPANY                                                  COUNTER-PLAINTIFFS

AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the joint *ore tenus* motion of the parties for entry of a final judgment of dismissal with prejudice. The Court, having considered the motion and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted.

ACCORDINGLY, IT IS HEREBY ORDERED that the parties' joint *ore tenus* motion for entry of a final judgment of dismissal with prejudice is GRANTED. All claims asserted in this lawsuit are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 2nd day of November, 2022.

                                                        s/ *Kristi H. Johnson*
                                                        UNITED STATES DISTRICT JUDGE

**AGREED AS TO SUBSTANCE AND FORM:**

<u>/s/ Jonathan H. Shin</u>
Glenn Edward Solomon (Admitted pro hac vice)
Peter A. Strotz (Admitted pro hac vice)
W. Scott Cameron (Admitted pro hac vice)
Jonathan H. Shin (Admitted pro hac vice)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600,
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310
gsolomon@kslaw.com
pstrotz@kslaw.com
scameron@kslaw.com

J. William Manuel (MS Bar No. 9891)
Christina M. Seanor (MS Bar No. 104934)
BRADLEY ARANT BOULT CUMMINGS LLP
188 E. Capitol Street, Suite 1000
Jackson, MS 39201
Telephone: 601-948-800
Facsimile: 601-948-3000
wmanuel@bradley.com
cseanor@bradley.com

*Counsel for Bond Pharmacy d/b/a Advanced Infusion Solutions*

<u>/s/ James A. McCullough II</u>
James A. McCullough II (MSB No. 10175)
jmccullough@brunini.com
Karen E. Howell (MSB No. 102243)
khowell@brunini.com
L. Kyle Williams (MSB No. 105182)
kwilliams@brunini.com
**BRUNINI, GRANTHAM, GROWER & HEWES, PLLC**
Post Office Drawer 119
Jackson, Mississippi  39205
The Pinnacle Building
190 East Capitol Street, Suite 100
Jackson, Mississippi  39201
Telephone:  (601) 948-3101
Telecopier:  (601) 960-6902

*Counsel for Advanced Health Systems, Inc.'s and*
*Blue Cross & Blue Shield of Mississippi,*
*a Mutual Insurance Company*